No. 19,824.

EVERT E. FREEMAN, *Appellant*, V. JOHANETTE PETER et al.,
*Appellees*.

SYLLABUS BY THE COURT.

WILL—*Not Filed for Probate—Certain Heirs Estopped from Claiming by
    Inheritance.* The heirs of a deceased person are estopped from claim-
    ing any part of the estate by inheritance where by their conduct they
    have induced the widow, to whom all the property was devised, not to
    probate the will, and the will is not probated for more than three years
    after the death of the testator, although in the power and control of
    the devisee during all that time.

Appeal from Wyandotte district court, division No. 3, HUGH
J. SMITH, judge. Opinion filed January 8, 1916. Affirmed.

*W. H. McCamish*, of Kansas City, for the appellant.

*John D. Myers*, of Kansas City, Mo., for the appellees.

The opinion of the court was delivered by

MARSHALL, J.: Reinhardt Peter died in 1904, leaving a
widow, Johanette Peter; three daughters, Bertha, Lucy and
Carrie; and a son, Herman. The daughters were all married.
Carrie, who afterwards died, left as her heirs two daughters,
Nellie and Eva, and her husband, the plaintiff. Upon re-
turning from the funeral of Reinhardt Peter, Johanette pro-
duced the will before the assembled children and informed
them the father had told her before his death that he had left
all the property to her; that if they were not satisfied and did
not want to take her word for it the will should be opened and
they could see for themselves. To this the children said they
were satisfied and told her it was all right and not to file the
will on account of the expense. The plaintiff was present and
said he was satisfied to leave it that way. From that time the
will remained in the Peter home in the possession of Johanette
Peter until September 15, 1913, when it was probated. There
was no exception taken to the order of the probate court; no
appeal was taken and no contest of the will has been instituted
in the district court. The will was always in the house and any
one interested could get it if they wanted it. All the estate of

the testator, consisting of about forty-three acres of land in Wyandotte county, Kansas, was devised to Johanette Peter in fee simple. She has occupied the land, collected the rents and paid the taxes thereon continuously since the death of her husband.

The plaintiff, as heir of his wife Carrie, claimed an undivided one-sixteenth interest in the land and brought this action to recover the same. On the trial the court rendered judgment for the defendants. The plaintiff appeals.

The plaintiff contends that because the will was not offered for probate within three years after the death of the testator, the devisee, Johanette Peter, received nothing under the will, and that the land descended to the heirs of Reinhardt Peter. This would be correct but for the conduct of the heirs. They with the plaintiff led defendant Johanette Peter to believe that it was not necessary to do anything with the will. She relied on their statements and acted on them. The plaintiff seeks to take advantage of the failure to have the will probated in proper time. He, personally and as heir of his deceased wife, is estopped from so doing. The conversation between the widow, the plaintiff and the children of the testator partakes somewhat of the nature of a family settlement of the rights of the heirs in the property left by Reinhardt Peter, and under the circumstances surrounding this case that settlement should not be disturbed.

The judgment is affirmed.